**Exhibit 2 - U.S. Patent No. 8,677,398 ("'398 Patent")**

| Claim 1 | Freestar's Direct Infringement |
|---|---|
| 1 [preamble]. A method implemented using a programmed hardware computer system, the method comprising: | To the extent the preamble is limiting, Freestar performs a method implemented using a programmed hardware computer system (the portion of the Freestar platform responsible for generating and storing graphs of identifiers). *See, e.g.*, evidence and analysis for claim limitations (a)-(c) below; https://freestar.com:<br><br>The World's Most Trusted Publishers Trust Freestar<br><br>Freestar is the premium monetization partner for digital publishers ranging from niche category leaders to global media brands. By combining enterprise-level technology with white-glove service, we act as an extension of your team to help you navigate the AI Age |



| | |
|---|---|
| (a) receiving, at the computer system, an electronic identifier of a first device; | Freestar receives at the computer system an electronic identifier of a first device.<br><br>For example, Freestar receives an electronic identifier of a first device, e.g., by receiving an IDFA, AAID, browser cookie ID, DSP cookie ID, and/or first-party cookie associated with a particular device. *See, e.g.*,  https://freestar.com/privacy-policy/:<br><br>**(a) Information Automatically Collected As You Access and Use the Publisher Websites.**<br><br>To provide you with advertisements that are more customized to your interests, the Freestar Entities may use a variety of technologies (including cookies, Flash cookies, web beacons and embedded scripts) ("**Cookies**") that automatically or passively collect information when you visit or interact with the Publisher Websites and the advertisements we serve on the Publisher Websites.<br><br>We, and our partners or vendors, may collect this information the first time you interact with a Publisher Website that uses our ad services, and we may combine and associate this information with information we (or our partners) may collect about your interactions with other ads we serve. |

The information we collect includes:

- Browser and Device information such as the type of web browser, computer, platform, related software; device type and model, manufacturer, operating system type and version, inferred from IP address, and identifiers assigned to a device, such as its iOS Identifier for Advertisers (IDFA), Android/Google Advertising ID (AAID or GAID), or other unique device identifier (typically an alphanumeric string allocated to a device by the device manufacturer, identifiers stored in a our cookie, ETag, or browser or web cache). Your IP address is usually associated with the place from which you enter the Internet, like your Internet Service Provider, your company or your library. We use your IP address and other identifiers for a variety of purposes, including to help diagnose problems with our servers, gather broad demographic information, and other purposes as allowed or required by law.

- Information about your interactions on the Publisher Websites such as information about the activities or actions on those Publisher Websites, the content viewed on the Publisher Websites, the URL that referred you to the Publisher Websites and all of the areas within the Publisher Websites that you visit, the web sites you visit after the Publisher Website;

- Freestar ad information, such as the content of the ad (what the ad is about, e.g. entertainment, news); the ad type (e.g. text, image, or video); where the ad is served (e.g. the website on which the ad appears); whether you clicked on the ad, the number of times you have seen the ad, and information about your interaction with the ad.

We may combine information gathered from your use of the Publisher Websites with information from third party sources to identify your location by state and region.

For more information, see "Cookies" below.

**(b) Information We Collect From Third Parties.**

We may acquire information from other trusted sources to update or supplement the information that you provided or we collected automatically, such as information to validate or update your demographic information and lifestyle information. We use this information to help us maintain the accuracy of the information we collect, to target our communications so that we can inform you of products, services and offers that may be of interest, and for internal business analysis or other business purposes. We may also acquire information from other sources about your visits over time and across other third party websites, in order to serve more targeted advertising to you on the Publisher Website(s). Those third parties have privacy policies that differ from this Privacy Policy.

| | |
|---|---|
| | **7. Third Party Advertising Partners**<br><br>In addition to ads that we serve you directly, Freestar may use third party advertising companies and to serve ads when you visit the Publisher Websites and elsewhere on the internet and in other media. We also use analytics services supported by third party companies to perform analytics and track trends. Those third party companies may use tracking technologies to collect and store usage information about you and may combine this information with information they collect from other sources.<br><br>To provide ads on the Publisher Websites, we use a variety of third party advertising service providers, including networks, data exchanges, ad servers, analytics providers and others. The list of third party providers is found in the Section below entitled "Third Party Cookies." This list may be updated from time to time. These third parties may use technology to send, directly to your Device, the advertisements and links that appear on the Publisher Websites. They may automatically receive your IP address, web browser, operating system, and time and location information, geodevice type and device ID when this happens. Freestar, the third party service providers, as well as the advertisers themselves, may collect and use information about your visits over time and across the Publisher Websites and other third party web sites, as well as information received from other sources, in order to serve more targeted advertising to you on the Publisher Websites. Third parties may also use information gathered from your usage of the Publisher Websites to serve targeted advertisements to you on third party websites and applications. Google is one of the companies that we use to serve advertising and perform analytics on some of the Websites. We and third party vendors, including Google, use first-party cookies (such as the Google Analytics cookie) and third-party cookies (such as the DoubleClick cookie) together to help implement the above uses of your information.<br><br>We use Google Analytics along with audience data (such as age, gender and interests of users) to help understand users' visits to the Publisher Websites and to optimize the content that we serve to users.<br><br>LiveRamp's Authenticated Traffic Solution (ATS) provides people-based advertising. ATS enhances addressability for publishers while providing visibility and control for individuals. ATS allows publishers to match user data with a LiveRamp RampID in real-time, enabling people-based advertising on authenticated inventory across the internet.<br><br>When you use our website and enter your email address on our website (either to log in, or to sign up to a newsletter, or similar), we may share with LiveRamp and its group companies information that we collect from you, such as your email (in hashed, pseudonymous form), IP address, or information about your browser or operating system, with any of the following, acting as "joint controllers" (as applicable and defined in the GDPR). |
| (b) with the computer system, automatically generating and storing electronic indicia of an association between the first device identifier and an electronic identifier of a second device based on automatically recognizing that each of the first and second devices was | Freestar, with the computer system, automatically generates and stores electronic indicia of the association between the first and second device identifiers based on automatically recognizing that each of the first and second devices was connected, independently of the other, to the common local area network, wherein the computer system is connected to the local area network through the Internet but is not in the local area network. |

| | |
|---|---|
| connected, independently of the other, to a common local area network, wherein the computer system is connected to the local area network through the Internet but is not in the local area network; and | For example, Freestar automatically generates and stores an indicia of an association between first and second device identifiers, e.g., IDFAs and AAIDs, based on automatically recognizing that the first and second devices were connected to a common local area network, e.g., by comparing IP addresses that the first and second devices used to connect to the Internet. The system that generates and stores indicia of the association is connected to the device user's local area network through the Internet, but are not in the local area network. The evidence and analysis for claim limitation 1(a) above is incorporated by reference, as if fully reproduced herein. *See also, e.g.*, https://freestar.com/privacy-policy/: |

The right-hand cell continues:

**(g) Cross-Device Tracking**: We may use cookies in combination with the information we collect — for instance, IP addresses and unique mobile device identifiers — to locate or try to locate the same unique users across multiple browsers or devices (such as smartphones or tablets), or work with service providers that do this, in order to save your preferences across devices and analyze usage of the Publisher Websites.

**Types of Information We Collect**

Cookies help us to understand Publisher Website usage and to improve the advertising content and offerings on the Publisher Websites. Examples of the types of information that we collect through Cookies include:

- The number of users visiting Publisher Websites, the number of times a Publisher Website was viewed, the pages or ads viewed, the clicks made on the Publisher Websites or ads and the total duration of navigation on the Publisher Websites;

- The name of the page that referred you to the Publisher Websites;

- Whether this is your first time visiting the Publisher Websites;

- Your viewing preferences (e.g. layout, sizing preferences, language etc.); and

- Your the type of browser used and your IP address, so that we can identify you during your next visits.

As shown above, Freestar receives identifiers of devices and automatically ***generates and stores*** an indicia of an association between those identifiers based on automatically recognizing that the corresponding devices were connected, independently of each other, to a common local area network for use in ad targeting and attribution. The generating and storing step is based on automatic recognition that the devices were connected to a common local area network because the associations are based on whether the identified devices are part of the same household LAN.

| | |
|---|---|
| (c) with the computer system, based on the electronic indicia of the association between the first and second device identifiers, automatically sending an electronic transmission that causes another programmed hardware computer system to take an action, based on first electronic profile data associated with the first device identifier, with respect to the second device, which is indicated at the time of the action by the second device identifier. | Freestar further, with the computer system, based on the electronic indicia of the association between the first and second device identifiers, automatically sends an electronic transmission that causes another programmed hardware computer system to take an action, based on first electronic profile data associated with the first device identifier, with respect to the second device, which is indicated at the time of the action by the second device identifier. |

Freestar further, with the computer system, based on the electronic indicia of the association between the first and second device identifiers, automatically sends an electronic transmission that causes another programmed hardware computer system to take an action, based on first electronic profile data associated with the first device identifier, with respect to the second device, which is indicated at the time of the action by the second device identifier.

For example, Freestar uses the association of device identifiers to automatically send an electronic transmission (identifier information) to another system such as a third-party DSP, header bidding partner, or SSP, that causes another programmed computer system (the third-party system) to take an action (e.g., deciding whether and how to target an advertisement to the second device, or creating an attribution event) using profile data associated with the first device identifier (e.g., profile data associated with the first device identifier).

The evidence and analysis for claim limitations 1(a) and 1(b) above is incorporated by reference, as if fully reproduced herein. *See also, e.g.*, https://freestar.com/privacy-policy/:

## 4. How We Use Your Information

We use the information we collect for a variety of purposes. For example, we use the information we collect for:

(a) **Serving and Customizing Advertising**: We use the information in connection with serving advertising on the Publisher Websites, including to provide ads that are targeted to your inferred interests based on your activities across Publisher Websites. This may include creating interest-based advertising segments or audiences, as well as to supplement the information we collect with additional information we receive from third parties to allow us to tailor the ads we display.

(b) **Ad Reporting, Conversions, Analytics, and Frequency Capping**: To create and provide information regarding ad activity, including whether ads are clicked on, tracking views of ads, as well as click-through rates, to prevent you from seeing the same ad too many times, and to measure and improve our ad serving services.

(f) **Anonymous Information**: To create aggregated, anonymized information about you and other users of the Publisher Websites by excluding information (such as your name) that relate to an identifiable individual ("Anonymous Information"). We may use this Anonymous Information for any purpose permitted under the law and disclose Anonymous Information to third parties in our sole discretion.

(g) **Cross-Device Tracking**: We may use cookies in combination with the information we collect — for instance, IP addresses and unique mobile device identifiers — to locate or try to locate the same unique users across multiple browsers or devices (such as smartphones or tablets), or work with service providers that do this, in order to save your preferences across devices and analyze usage of the Publisher Websites.

## 7. Third Party Advertising Partners

In addition to ads that we serve you directly, Freestar may use third party advertising companies and to serve ads when you visit the Publisher Websites and elsewhere on the internet and in other media. We also use analytics services supported by third party companies to perform analytics and track trends. Those third party companies may use tracking technologies to collect and store usage information about you and may combine this information with information they collect from other sources.

To provide ads on the Publisher Websites, we use a variety of third party advertising service providers, including networks, data exchanges, ad servers, analytics providers and others. The list of third party providers is found in the Section below entitled "Third Party Cookies." This list may be updated from time to time. These third parties may use technology to send, directly to your Device, the advertisements and links that appear on the Publisher Websites. They may automatically receive your IP address, web browser, operating system, and time and location information, geodevice type and device ID when this happens. Freestar, the third party service providers, as well as the advertisers themselves, may collect and use information about your visits over time and across the Publisher Websites and other third party web sites, as well as information received from other sources, in order to serve more targeted advertising to you on the Publisher Websites. Third parties may also use information gathered from your usage of the Publisher Websites to serve targeted advertisements to you on third party websites and applications. Google is one of the companies that we use to serve advertising and perform analytics on some of the Websites. We and third party vendors, including Google, use first-party cookies (such as the Google Analytics cookie) and third-party cookies (such as the DoubleClick cookie) together to help implement the above uses of your information.

**How We Use Cookies**

Examples of ways that we use Cookies include:

- To control the display of ads;
- To track usage patterns on the Publisher Websites; and
- To personalize information.

Freestar (or third party service providers on our behalf) may also use cookies to collect aggregate information about Website users on an anonymous basis ("**Anonymous Information**"). We may share aggregate demographic and usage information with our prospective and actual business partners, advertisers and other third parties for any business purpose.

; https://freestar.com/pubos/:







; https://freestar.com/introducing-pubos-a-toolkit-for-the-future-of-publishing-in-the-ai-age/:

- **At the Core is Freestar's Award-Winning Technology:** The engine that powers your business, anchored by our proprietary monetization technology. It's our custom Prebid wrapper, AI-driven yield optimization engine, and unified analytics, with multi-platform support for desktop, mobile web, and in-app.

- **Wrapped around that is The Marketplace of Integrated Solutions:** One of the biggest challenges for publishers is vendor fatigue. The time and energy necessary to assess, negotiate and then test new partners is overwhelming for most publishers. pubOS eliminates that. Through our single integration, you gain access to an entire marketplace of best-in-class, third-party solutions for everything from ad block recovery and identity to AI content licensing and advanced analytics.

- **The Outermost Layer is Our Signature White-Glove Service:** Technology and tools are only as good as the team behind them. This layer is our team of dedicated experts. Customer Success Managers, Yield Strategists, and Support Engineers who act as a true extension of your own teams, providing the strategic guidance and proactive support that defines a Freestar partnership.

With one simple implementation, pubOS gives publishers a world-class foundation to build on. What happens on top of that—the tools you plug in, the services you leverage—is a continuum tailored to you. We provide endless options to optimize your business.

| Claim 13 | Freestar's Indirect Infringement |
|---|---|
| 13. A method implemented using a programmed hardware computer system, the method comprising: | To the extent the preamble is limiting, a DSP utilizing IDs provided in a bid request provided by (or derived from IDs provided by) Freestar's identity partners performs a method implemented using a programmed hardware computer system.<br><br>Freestar induces infringement under 35 U.S.C. § 271(b) by providing identifiers provided by or derived from identity partners, to Freestar customers and partners in the United States, such as, e.g., DSP and/or advertiser partners. Freestar actively instructs and encourages its customers and partners on how to use the Freestar platform. When used as instructed, Freestar customers and partners use these instrumentalities to practice the method of claim 13 of the '398 patent and directly infringe the asserted claims. Freestar specifically intends that its actions will result in infringement of the asserted claims of the '398 patent or subjectively believes that its actions will result in infringement of the asserted claims, but took deliberate actions to avoid learning of the facts. For instance, by causing bid requests to be sent to entities that Freestar has reason to believe will use an associated identifier to place a bid, Freestar is actively encouraging the bidding entities to place bids using profile information associated with the associated identifier. |

*See, e.g.*, evidence and analysis for claim limitations 13 (a)-(b) below; *see also* https://freestar.com/freestar-supported-identity-solutions/:

AUDIENCE  |   Written by Lindsay Valdez   |  FEBRUARY 28, 2026

# Freestar-Supported Identity Solutions

Over the last few years, we have been at the forefront of adopting innovative alternatives to third-party cookies, ensuring continued addressability, ad relevancy and revenue performance throughout this transition and in the years to come. As a principal member of Prebid, Freestar is not just adapting to changes; we are actively shaping the future of advertising by advocating for standards that protect publisher interests and adapt to evolving privacy norms.

Freestar's partnerships with leaders like The Trade Desk, Liveramp, ID5, Audigent, Optable, and LiveIntent are a major part of our identity strategy. As the industry evolves, we continue to test and build strategic partnerships that underscore our commitment to addressability in a cookie-less world.

# Freestar Integrated Identity Solutions:

- Amazon Publisher Audiences
- Audigent Hadron ID
- Criteo
- Google PAIR
- ID5
- LiveIntent
- LiveRamp ATS
- Optable
- TTD UID 2.0
- Yahoo Connect ID

## Why Is This Important?

Our data shows that leveraging 3rd party partnerships increases the value of unaddressable inventory and provides opportunities to harness the power of first-party data and sophisticated contextual targeting.

While results vary with each ID resolution, our initial testing reflects anywhere from a 5-15% uplift in revenue when IDs are present on unaddressable users. For the logged-in user, we see a 40-60% CPM increase vs. non-logged-in users.

| | |
|---|---|
| | **How did we get here?**<br><br>Third-party cookies have been used extensively for tracking users across websites, creating detailed profiles of individuals' online behavior, and targeting them with personalized advertisements. However, this approach raises significant privacy issues and has led to growing concerns about user consent, data security, and the misuse of personal information. While many browsers like Safari and Firefox have already shifted away from third-party cookies, Chrome has just begun the process and will continue to deprecate cookies over the next year.<br><br>In response, the industry is creating new "privacy-friendly" ways to target users. The shift away from third-party cookies encourages greater transparency and empowers users to have more control over their data, improving online security and reducing cyber threats.<br><br>The shift also encourages innovation through the development of alternative technologies and approaches for digital advertising. This could lead to more innovative and ethical solutions that respect users' privacy while still allowing advertisers to reach their target audiences effectively. It also shifts power to the publisher who has access to first-party data which is now more valuable than ever. |
| (a) based on first electronic profile data associated with an electronic identifier of a first device, automatically causing, with the computer system, an action to be taken with respect to a second device that is indicated at the time of the action by an electronic identifier electronically associated with the first device identifier; | A DSP utilizing IDs provided in a bid request, which IDs are provided by or derived from IDs provided by Freestar's identity partners, with the computer system, automatically causes an action to be taken with respect to a second device that is indicated at the time of the action by an electronic identifier electronically associated with the first device identifier, based on first electronic profile data associated with an electronic identifier of a first device.<br><br>For example, DSPs use the first electronic profile data associated with an electronic identifier of a first device (e.g., an IDFA, AAID, browser cookie ID, DSP cookie ID, and/or first-party cookie associated with a particular device), to automatically cause an action (e.g., direction of a targeted advertisement as a result of submission of a winning bid response) to be taken with respect to a second device that is indicated at the time of the advertisement or conversion by an electronic identifier electronically associated with the first device identifier, such as, e.g., a device within the same household. For example, as discussed above with respect to claim limitation 1(c), third-party systems utilize the identification information to target advertisements with respect to the second device. The evidence and analysis for limitations 1(a), 1(b), and 1(c) is incorporated by reference as if set forth fully herein. *See also, e.g.*, https://adalytics.io/blog/user-id-rotation: |



; https://iabtechlab.com/wp-content/uploads/2022/04/OpenRTB-2-6_FINAL.pdf:

The following table summarizes the objects in the Bid Request model and serves as an index into the detailed definitions in the subsections that follow.

| Object | Section | Description |
|---|---|---|
| BidRequest | 3.2.1 | Top-level object. |
| Source | 3.2.2 | Request source details on post-auction decisioning (e.g., header bidding). |
| Regs | 3.2.3 | Regulatory conditions in effect for all impressions in this bid request. |
| Imp | 3.2.4 | Container for the description of a specific impression; at least 1 per request. |
| Metric | 3.2.5 | A quantifiable often historical data point about an impression. |
| Banner | 3.2.6 | Details for a banner impression (incl. in-banner video) or video companion ad. |
| Video | 3.2.7 | Details for a video impression. |
| Audio | 3.2.8 | Container for an audio impression. |
| Native | 3.2.9 | Container for a native impression conforming to the Dynamic Native Ads API. |
| Format | 3.2.10 | An allowed size of a banner. |
| Pmp | 3.2.11 | Collection of private marketplace (PMP) deals applicable to this impression. |
| Deal | 3.2.12 | Deal terms pertaining to this impression between a seller and buyer. |
| Site | 3.2.13 | Details of the website calling for the impression. |
| App | 3.2.14 | Details of the application calling for the impression. |
| Publisher | 3.2.15 | Entity that controls the content of and distributes the site or app. |
| Content | 3.2.16 | Details about the published content itself, within which the ad will be shown. |
| Producer | 3.2.17 | Producer of the content; not necessarily the publisher (e.g., syndication). |
| Device | 3.2.18 | Details of the device on which the content and impressions are displayed. |
| Geo | 3.2.19 | Location of the device or user's home base depending on the parent object. |
| User | 3.2.20 | Human user of the device; audience for advertising. |
| Data | 3.2.21 | Collection of additional user targeting data from a specific data source. |
| Segment | 3.2.22 | Specific data point about a user from a specific data source. |
| Network | 3.2.23 | Network on which an ad will be displayed. |
| Channel | 3.2.24 | Channel on which an ad will be displayed. |
| SupplyChain | 3.2.25 | Chain of nodes from beginning to end representing the entities involved in the direct flow of payment for inventory. |
| SupplyChainNode | 3.2.26 | Nodes defining the identity of an entity participating in the supply chain of a bid request. |
| EIDs | 3.2.27 | Extended identifiers support |
| UIDs | 3.2.28 | Extended identifier user id support |
| UserAgent | 3.2.29 | Structured user agent information |

; https://adalytics.io/blog/user-id-rotation:

In programmatic advertising, vendors utilize user IDs to build audience profiles and decide how to serve targeted ads. For example, a user with a given user ID might frequent a lot of gardening websites, and consequently, when ad tech vendors "see" that specific user ID, the vendors serve ads to that user ID from advertisers who are promoting gardening tools.

Some user IDs can elicit higher bids from ad tech vendors on behalf of media buyers. For example, a user ID that is thought to be associated with a doctor may elicit very high bid prices from DSPs which are trying to serve ads to healthcare providers on behalf of pharmaceutical brands.

; https://help.smartadserver.com/articles/Knowledge/Extended-User-Identification:

**Overview**

User identification across the inventory chain from Supply to Demand is critical to allow for targeting (audience targeting, retargeting etc.), frequency capping and other features.
Traditionally, user identification across the programmatic ecosystems is done by each player dropping a cookie with a unique user id and then synching this id with all other players in the ecosystem.
Since third party cookie based user identification is increasingly blocked by browsers, new providers and initiatives have emerged to allow for cookieless and universal user identification. This article explains Equativ's support of these providers.

**Equativ's extended Ids (eids) support**

To embrace the cookieless user identification era, Equativ follows the Extended Identifiers (eids) specification (see IAB OpenRTB 3.0 specification and IAB AdCOM v1.0 specification). Extended Ids are sometimes referred to as "alternative Ids".

At this time, Equativ supports extended Ids as follows:

- publishers can sign up with a supported user identification provider and send the user Ids in ad calls to Equativ's system; see list of supported providers below in chapter "Logging"
- Equativ logs the presence of a user Id from a supported provider in the ad call and makes it available in the Reporting API as an additional dimension; extended Id statistics are not yet available in the Equativ Monetization Platform
- Smart forwards all `eids` received in the ad calls to the DSPs in the bid requests

Freestar induces the infringing DSP to "automatically caus[e], with the computer system, [the] action to be taken with respect to a second device," by causing a bid request to be sent to the DSP that includes an identifier provided or derived from Freestar's identity partners. Before or during transmission of the bid request, Freestar provides DSP advertising partners with identity information derived from the association discussed above so that the DSP's bid response will be based on electronic profile data associated with the identifier that Freestar causes the bid request to include. *See, e.g.*, https://freestar.com/privacy-policy/:

**(g) Cross-Device Tracking**: We may use cookies in combination with the information we collect — for instance, IP addresses and unique mobile device identifiers — to locate or try to locate the same unique users across multiple browsers or devices (such as smartphones or tablets), or work with service providers that do this, in order to save your preferences across devices and analyze usage of the Publisher Websites.

# 5. How We Share Your Information

In addition to the other disclosures described in this Privacy Policy, Freestar may (and you authorize us to) share or disclose information collected from and about you on the Publisher Websites to other companies or individuals as set forth below. We may provide access to information to vendors that are performing services on our behalf, in order to carry out such services (the "**Service Provider Use**").

**(a) Administrative and Legal Reasons**: Notwithstanding anything herein to the contrary, we may at all times and in any manner access, use, preserve, transfer and disclose your information, including disclosure to third parties: (i) to satisfy any applicable law, regulation, subpoenas, governmental requests or legal process, or in connection with a legal investigation, if in our good faith opinion such is required or permitted by law; (iii) to protect the safety, rights, property or security of the Freestar Entities, their products or services; and/or (iv) to detect, prevent or otherwise address fraud, security or technical issues. Further, we may use identifiers and other information to identify users, and may do so in cooperation with third parties such as copyright owners, internet service providers, wireless service providers and/or law enforcement agencies, including disclosing such information to third parties, all in our discretion (the "**Legal Use**"). Such disclosures may be carried out without notice to you.

## 7. Third Party Advertising Partners

In addition to ads that we serve you directly, Freestar may use third party advertising companies and to serve ads when you visit the Publisher Websites and elsewhere on the internet and in other media. We also use analytics services supported by third party companies to perform analytics and track trends. Those third party companies may use tracking technologies to collect and store usage information about you and may combine this information with information they collect from other sources.

To provide ads on the Publisher Websites, we use a variety of third party advertising service providers, including networks, data exchanges, ad servers, analytics providers and others. The list of third party providers is found in the Section below entitled "Third Party Cookies." This list may be updated from time to time. These third parties may use technology to send, directly to your Device, the advertisements and links that appear on the Publisher Websites. They may automatically receive your IP address, web browser, operating system, and time and location information, geodevice type and device ID when this happens. Freestar, the third party service providers, as well as the advertisers themselves, may collect and use information about your visits over time and across the Publisher Websites and other third party web sites, as well as information received from other sources, in order to serve more targeted advertising to you on the Publisher Websites. Third parties may also use information gathered from your usage of the Publisher Websites to serve targeted advertisements to you on third party websites and applications. Google is one of the companies that we use to serve advertising and perform analytics on some of the Websites. We and third party vendors, including Google, use first-party cookies (such as the Google Analytics cookie) and third-party cookies (such as the DoubleClick cookie) together to help implement the above uses of your information.

; https://freestar.com/what-is-header-bidding-and-how-does-it-work/:

HEADER BIDDING | Written by Minhung Ling | MAY 3, 2023

## What is Header Bidding and How Does it Work?

## What is header bidding?

Header bidding is a programmatic advertising technique that allows publishers to offer their ad inventory to multiple ad exchanges simultaneously before making ad calls to their ad server. In traditional ad serving, publishers prioritize ad networks or exchanges and make calls to them one at a time, often resulting in lower bids and reduced revenue. With header bidding, publishers can invite multiple demand partners to bid on ad inventory simultaneously, resulting in increased competition and potentially higher ad revenue. This technique is called "header" bidding because the code is placed in the head of a web page's HTML code.

Header bidding replaced waterfall bidding because it is a more efficient and effective method of programmatic advertising. In waterfall bidding, publishers prioritize ad networks or exchanges and make ad calls to them one at a time, in sequential order. However, this can result in lower bids and reduced revenue for publishers as the system is based on the estimated value of the demand sources rather than the bids, so the one with the highest bid may be behind others with a higher estimated value. For example, in a given auction, if the third-highest estimated value demand partner has the highest bid, the first two would need to go unfilled for the publisher to access that highest bid.

In the world of programmatic advertising, header bidding has emerged as a powerful tool for publishers looking to maximize their revenue and gain greater control over their ad inventory. By creating a more competitive environment, header bidding allows publishers to achieve higher CPMs (cost per thousand impressions) for their ad space while providing advertisers with more significant access to high-quality inventory. With the rise of programmatic advertising and the increasing importance of data-driven insights, header bidding has become an essential part of the digital advertising ecosystem.

In this article, we will explore header bidding, how it works, and the benefits and limitations of this technique. We will also take a closer look at server-side header bidding (SSHB), a variation of header bidding that is gaining popularity in the industry.

## How does header bidding work?

Header bidding is a programmatic advertising technique that allows multiple demand sources to bid on the same ad inventory in real time. Here's how it works:

1. **The publisher's website initiates the header bidding process: Instead of immediately calling the ad server, the publisher's website initiates the header bidding process by sending requests to multiple demand sources (such as ad networks, exchanges, or SSPs) to bid on the ad inventory.**

2. **Demand sources bid on the ad inventory: The demand sources receive the request and submit their bids in real time. These bids include information about the ad creative and the bid price.**

3. **The highest bid is selected: The bids are evaluated in real time, and the highest bid is selected. The winning demand source's ad creative is then sent back to the publisher's website, along with any tracking or targeting information.**

4. **The ad is displayed on the website: The publisher's website receives the ad creative and displays it on the page, where the user can see it.**

5. **Steps 1-4 are repeated for each ad slot: This process happens asynchronously for each ad slot on the page, allowing multiple demand sources to bid on each slot and ensuring that the highest-paying ad is displayed.**



Overall, header bidding enables publishers to offer their ad inventory to multiple demand sources simultaneously, creating a more competitive environment that can increase revenue, improve fill rates, and provide greater control over their ad inventory.

The process described above is an example of client-side header bidding (CSHB), but there is also a server-side implementation.

## What is server-side header bidding?

Server-side header bidding (SSHB) is a programmatic advertising technique involving the header bidding process on an external server rather than on the user's browser. Unlike traditional header bidding, where the bidding process occurs on the user's device, SSHB moves the bidding process to an external server, which can help reduce latency and improve page load times.

In SSHB, the publisher's browser sends a request to an external server that hosts the header bidding solution. This server sends bid requests to multiple demand sources, including ad networks, exchanges, and SSPs. The demand sources receive the bid request and submit their bids in real time, with the highest bid being selected. The external (Prebid) server sends the winning bid/creative to the publisher's ad server (GAM in most cases), which determines the winner and serves the winning creative.

SSHB can offer many benefits over traditional client-side header bidding, including reduced latency, improved page load times, and the ability to handle high traffic levels more efficiently.



## Getting Started with Header Bidding

Getting started with header bidding can be a complex process, but there are some basic steps that website publishers can follow to implement this advertising technique:

1. **Evaluate the potential benefits: Before getting started with header bidding, publishers should evaluate the potential benefits of this advertising technique for their website, including increased revenue, improved fill rates, and greater control over their ad inventory.**

2. **Choose a header bidding solution: There are many header bidding solutions available, ranging from free and open-source solutions like Prebid to commercial platforms. Publishers should evaluate the different options and choose a solution that best meets their needs.**

3. **Implement the header bidding code: Once a header bidding solution has been selected, publishers must integrate it on their website.**

4. **Configure the header bidding settings: Publishers will also need to configure the settings for their header bidding implementation, including which demand sources to work with, what bid floor to set, and how to handle ad timeouts.**

5. **Monitor and optimize performance: After implementing header bidding, publishers should monitor their performance and optimize their settings to improve revenue and fill rates. This may involve adjusting bid floors, adding or removing demand sources, and monitoring ad quality issues.**

6. **Consider working with a header bidding partner: Publishers may want to work with a header bidding partner like Freestar to help manage their implementation and optimize their performance. These partners can provide additional expertise and support to help publishers achieve the best results from their header bidding efforts. It's important to note that these partners usually have requirements to work with them, such as monthly pageviews or recurring ad revenue.**

## Working with Freestar

Are you experiencing low ad yield? Lack of transparency? Need to optimize demand? Freestar's header bidding solution enables publishers to open up their ad inventory for bidding by multiple demand partners in real time. But that's just the start; we've built numerous optimization features to maximize yield.

Freestar offers publishers the best ad stack:

- Industry expertise – Industry experts and machine learning to maximize your revenue
- Robust reporting – Robust, unified dashboard with real-time metrics
- High-quality demand – We have over 30+ premium demand partners
- Easy implementation – Hassle-free implementation to make installation easy
- Lightweight Code – Lightweight code with user experience in mind
- Innovative ad products – An innovative and evolving suite of ad products

If you're interested in maximizing your header bidding and ad monetization, don't hesitate to contact our team to find out how we can help. Get started today!

; https://freestar.com/flex-header-bidding-technology/:

## Manage Your Demand, Not Your Wrapper

The unified platform for sophisticated publishers who want our proven technology with more control. It's the yield tools, data, and expert consultation you need—no coding required.

Page 24 of 29





## A step-by-step overview of the Flex platform's capabilities.

**1** Control Your Ad Stack
- Manage your own header bidding setup.
- Fine-tune auction mechanics in real-time with manual and AI/ML-optimized floors, timeouts, and bidder configurations.

**2** Analyze and Optimize

**3** Future-Proof Your Monetization

**4** Expert Support on Demand

## We're Built for Publishers, By Publishers.



### Proven Technology

Built on Freestar's award-winning monetization platform that has been perfected over a decade.



### Publisher-First Approach

Our only loyalty is to your revenue growth. We don't bid on your inventory, which guarantees zero conflict of interest.



### Unparalleled Flexibility:

our partners, plus ours. Seamlessly add demand from our premium vetted marketplace to fill any gaps and boost revenue.

---

| | |
|---|---|
| (b) wherein the electronic association between the first and second device identifiers is based on connection, before the action, of each of the first and second devices, independently of the other, to a common local area network, wherein the computer system is connected to the local area network through the Internet but is not in the local area network. | In the infringement performed by a DSP utilizing IDs provided in a bid request, which IDs are provided by or derived from IDs provided by Freestar identity partners, the electronic association between the first and second device identifiers is based on connection, before the action, of each of the first and second devices, independently of the other, to a common local area network, wherein the computer system is connected to the local area network through the Internet but is not in the local area network. |

For example, the electronic association between the first and second device identifiers that the computer system performing the claimed method (e.g., a DSP's computer system) uses to automatically cause the action of limitation 13(a) is based on connection, before the advertisement or conversion, of each of the first and second devices, independently of the other, to a common local area network, e.g., by comparing IP addresses that the first and second devices used to connect to the Internet to associate them as being in the same household. The computer system that implements the claimed method is connected to the local area network through the Internet but is not in the local area network, because DSPs systems do not reside in the same LAN as the devices to which they provide advertisements. The evidence and analysis for claim limitation 13(a) above is incorporated by reference, as if fully reproduced herein. *See also, e.g.*, https://freestar.com/privacy-policy/:

## 4. How We Use Your Information

We use the information we collect for a variety of purposes. For example, we use the information we collect for:

**(a) Serving and Customizing Advertising**: We use the information in connection with serving advertising on the Publisher Websites, including to provide ads that are targeted to your inferred interests based on your activities across Publisher Websites. This may include creating interest-based advertising segments or audiences, as well as to supplement the information we collect with additional information we receive from third parties to allow us to tailor the ads we display.

**(b) Ad Reporting, Conversions, Analytics, and Frequency Capping**: To create and provide information regarding ad activity, including whether ads are clicked on, tracking views of ads, as well as click-through rates, to prevent you from seeing the same ad too many times, and to measure and improve our ad serving services.

**(f) Anonymous Information**: To create aggregated, anonymized information about you and other users of the Publisher Websites by excluding information (such as your name) that relate to an identifiable individual ("Anonymous Information"). We may use this Anonymous Information for any purpose permitted under the law and disclose Anonymous Information to third parties in our sole discretion.

**(g) Cross-Device Tracking**: We may use cookies in combination with the information we collect — for instance, IP addresses and unique mobile device identifiers — to locate or try to locate the same unique users across multiple browsers or devices (such as smartphones or tablets), or work with service providers that do this, in order to save your preferences across devices and analyze usage of the Publisher Websites.

# 7. Third Party Advertising Partners

In addition to ads that we serve you directly, Freestar may use third party advertising companies and to serve ads when you visit the Publisher Websites and elsewhere on the internet and in other media. We also use analytics services supported by third party companies to perform analytics and track trends. Those third party companies may use tracking technologies to collect and store usage information about you and may combine this information with information they collect from other sources.

To provide ads on the Publisher Websites, we use a variety of third party advertising service providers, including networks, data exchanges, ad servers, analytics providers and others. The list of third party providers is found in the Section below entitled "Third Party Cookies." This list may be updated from time to time. These third parties may use technology to send, directly to your Device, the advertisements and links that appear on the Publisher Websites. They may automatically receive your IP address, web browser, operating system, and time and location information, geodevice type and device ID when this happens. Freestar, the third party service providers, as well as the advertisers themselves, may collect and use information about your visits over time and across the Publisher Websites and other third party web sites, as well as information received from other sources, in order to serve more targeted advertising to you on the Publisher Websites. Third parties may also use information gathered from your usage of the Publisher Websites to serve targeted advertisements to you on third party websites and applications. Google is one of the companies that we use to serve advertising and perform analytics on some of the Websites. We and third party vendors, including Google, use first-party cookies (such as the Google Analytics cookie) and third-party cookies (such as the DoubleClick cookie) together to help implement the above uses of your information.

**How We Use Cookies**

Examples of ways that we use Cookies include:

- To control the display of ads;

- To track usage patterns on the Publisher Websites; and

- To personalize information.

Freestar (or third party service providers on our behalf) may also use cookies to collect aggregate information about Website users on an anonymous basis ("**Anonymous Information**"). We may share aggregate demographic and usage information with our prospective and actual business partners, advertisers and other third parties for any business purpose.